**FORM B:**

IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF IOWA
_____ DIVISION

Brian Dana Vaughn Jr.,
                    Plaintiff,

vs.

D.O. Mains
Capt. Nathan Neff
Black Hawk County Sheriff Dpt.,
                    Defendants.

Civil No. 20-cv-2072-CJW-MAR

APPLICATION TO PROCEED

IN FORMA PAUPERIS

IN CIVIL RIGHTS ACTION

I, Brian Dana Vaughn Jr, declare that I am the plaintiff in the above-entitled proceeding; that, in support of my request to proceed without being required to **prepay** the full $350.00 filing fee, I state that because of my poverty, I am unable to prepay the filing fee for this action; that I believe I am entitled to relief.

In further support of this application, I answer the following questions:

1. Where are you imprisoned? Black Hawk County Jail
2. When did you begin your imprisonment there? 8-18-20
3. When do you expect to be released? Late Nov 2020
4. Are you presently receiving an allowance or wages from the prison or jail? YES ( ) NO (X) If the answer is YES, state the amount of your allowance or wages per month.

   _____

5. Have you received within the past twelve (12) months any money from a business, profession or other type of self-employment, or in the form of rent payments, interest, dividends, retirement or annuity, gifts, inheritances, court award or settlement, or other sources? YES (X) NO ( ) If YES, give the amount received and identify the source(s):

   100# from Bertch Mfg
   _____

1

6. What is the current balance in your prison account? $ 5¢

7. Do you own cash, or do you have money in a checking or savings account, other than a prison account? YES ( ) NO (X)
If YES, state the current balance: $_____

7. Do you own any real estate, stocks, bonds, notes, vehicles, or other valuable property (you need not mention ordinary household and cell furnishings, such a radios, TV sets, stereo, books, etc., and personal clothing)? YES(X) NO( )
If YES, describe the property and state its approximate value:
Two vehicals   2004 ford Tauras  1,500 ₺
                2012 Ford focus  9,800 ₺

I hereby authorize officials of the institution where I am incarcerated to release my financial records to the court. **My identification number at this institution is:** 0009#849 .

I further authorize the agency holding me in custody to disburse funds in an amount not to exceed $350.00 from my inmate account to the Clerk of the United States District Court for the Northern District of Iowa, for the purpose of paying the initial partial filing fee and subsequent installment payments in this case. I declare under penalty of perjury that I have read the foregoing and it is true, complete and correct.

Signed this __10__ day of __September__, 20_20_.

_Brian Dana Vaughn Jr._
(Signature of Plaintiff)

2